cision of this application. *Messrs. Boykin C. Wright* and *James A. Fowler, Jr.* for petitioner. *Mr. Chester W. Cuthell* for respondent.

No. 135. CAMARATO *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. William E. Leahy, William J. Hughes, Jr., James F. Reilly,* and *Frederic M. P. Pearse* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. James P. O'Brien, George F. Kneip* and *W. Marvin Smith* for the United States.

No. 137. WOLF *v.* SCHRAM, RECEIVER; and

No. 138. DAVIS *v.* SAME. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of these applications. *Mr. William Alfred Lucking* for petitioners. *Messrs. Frank E. Wood* and *Robert S. Marx* for respondent. Reported below: 111 F. 2d 144, 146.

No. 164. WILSON *v.* THELEN. October 14, 1940. The motion to proceed on the typewritten record is granted. The petition for writ of certiorari to the Supreme Court of Montana is denied. *Messrs. Louis P. Donovan* and *John D. Jenswold* for petitioner. *Mr. George E. Hurd* for respondent.

No. 175. HITCHCOCK *v.* HITCHCOCK. October 14, 1940. The motion to proceed on the typewritten petition